IN THE CIRCUIT COURT OF THE
20TH JUDICIAL CIRCUIT, IN AND FOR
CHARLOTTE COUNTY, FLORIDA

THOMAS A. COLLINS,

CASE NO.: 19001238CA

Plaintiff,

vs.

WAL-MART STORES EAST LP,
a foreign limited partnership,

Defendant.
_____/

# COMPLAINT

COMES NOW the Plaintiff, **THOMAS A. COLLINS,** by and through his undersigned attorney and sues the Defendant, **WAL-MART STORES EAST LP, a foreign limited partnership**, and alleges:

1. That this is an action for damages in excess of Fifteen Thousand ($15,000.00) Dollars.

2. That at all times material hereto, the Plaintiff, THOMAS A. COLLINS, was and is a resident of Sarasota County, Florida, and over the age of eighteen and is otherwise sui juris.

3. That at all times material hereto, the Defendant, WAL-MART STORES EAST LP, (hereinafter referred to as "WALMART"), was and is a foreign limited partnership present and doing business in Charlotte County, Florida and is otherwise sui juris.

## COUNT I

4. Plaintiff realleges and reavers each an every allegation contained in paragraphs 1 through 3 as fully stated herein and further alleges:

5. On or about January 29, 2017, the Defendant, WAL-MART, was the owner and in possession of store #721 located at 19100 Murdock Circle in Port Charlotte, Charlotte County, Florida.

6. At said time and place, the Plaintiff, THOMAS COLLINS, went on the property to shop at said store.

7. That at said time and place Defendant, WALMART, was responsible for properly maintaining the floors.

8. Defendant, WAL-MART, by and through its employees, negligently maintained the floors on the property by allowing water to remain on the floor in a common area, so that Plaintiff fell in the store.

9. That the dangerous condition was known to the Defendant, WAL-MART, or had existed for a sufficient length of time so that Defendant, WAL-MART, should have known of it and corrected or repaired said condition.

10. The said dangerous condition was either created by Defendant, WAL-MART, by and through its agents, employees and/or servants, was negligent in not correcting and/or repairing said condition and/or not adequately supervising or controlling said premises and/or not providing adequate warnings for the said Plaintiff's safety.

11. As a direct and proximate result of Defendant's, WAL-MART, negligence, Plaintiff, THOMAS A. COLLINS, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense for hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a preexisting condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, THOMAS A. COLLINS, demands judgment against the Defendant, WAL-MART, jointly and severely, for damages in excess of Fifteen Thousand Dollars ($15,000.00), the jurisdictional limits of this Court and for costs incurred herein.

### DEMAND FOR JURY TRIAL

The Plaintiff further demands trial by jury of all issues triable as of right by jury.

### NOTICE OF DESIGNATION OF ELECTRONIC MAIL ADDRESSES

NOTICE is hereby given, in conformity with the requirements of Florida Rules of Judicial Administration 2.516, of designation of a primary and secondary e-mail address for the undersigned, Robert C. Rogers, Jr., Esquire, as set forth below:

1. Primary email address:   Robert.rogers@rogerslegalfirm.com
2. Secondary email address: Angela.smith@rogerslegalfirm.com

DATED this 31st day of OCTOBER, 2019.

THE ROGERS LAW GROUP P.A.
**Attorneys for Plaintiff**
400 SE 12th Street, Building B
Fort Lauderdale, FL 33316
Telephone: (954) 999-5807 | Fax: (754) 701-3874
Primary email: Robert.rogers@rogerslegalfirm.com
Second email: angela.smith@rogerslegalfirm.com

BY: _____
ROBERT C. ROGERS, JR., ESQ.
Florida Bar No.: 274828

RCR/as